EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm # 6100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 03-00027 |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE ON BEHALF |
| | ) | OF THE UNITED STATES |
| vs. | ) | |
| | ) | |
| MOHAMMED ALLAM, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

　　　　COMES NOW, Assistant United States Attorney Darren W.K. Ching, and hereby enters his appearance before the U.S. Magistrate Court, District of Hawaii, on behalf of the United States for the above-captioned case.

　　　　DATED: August 7, 2007, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　EDWARD H. KUBO, JR.
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Hawaii


　　　　　　　　　　　　　　　　　　By /s/ Darren W.K. Ching
　　　　　　　　　　　　　　　　　　　　DARREN W.K. CHING
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

PAMELA J. BYRNE     Pamela_Byrne@fd.org     August 7, 2007
Assistant Federal Public Defender

        /s/ Valerie Domingo
      U.S. Attorney's Office
      District of Hawaii